IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALAN HECKER,

      Petitioner,                  No. CIV S-07-1511 FCD GGH P

    vs.

SUE HUBBARD, Warden, et al.,

      Respondents.             ORDER
_____/

      Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

      Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. See 28 U.S.C. § 1915(a).

      Petitioner states as the sole ground of his petition the following: "denial of right to appeal." Petition, p. 4. In support of that putative ground, petitioner states that the petition should be considered in conjunction with Case No. CIV S-06-1115 LKK DAD P, an action

brought by plaintiff pursuant to 42 U.S.C. § 1983.  The court takes judicial notice[1] that judgment in that case was entered prior to the filing of the instant habeas, and that that civil rights case was dismissed for failure to state a cognizable claim.  See Order, filed 7/6/07,  Case No. CIV S-06-1115 LKK DAD P.  That matter appears to be on appeal at this time.

It is unclear in petitioner's present filing precisely what petitioner is challenging. Petitioner references a number of exhibits which evidently speak to evaluations of petitioner's mental condition.  Petitioner claims herein that he was placed in administrative segregation for displaying symptoms of mental disorder in violation of Coleman v. Wilson, 912 F. Supp. 1282, 1320  (E.D. Cal. 1995).   Petition, p. 5.  Petitioner speaks of having been subjected to a "mistaken" transfer and of having been the subject of several assaults.  Petition, pp. 5-6. Petitioner seeks, at least in part, restoration of 35 days half-time credits, and to have his original December 22, 2009, release date restored.

> Federal law opens two main avenues to relief on complaints related to imprisonment: a petition for habeas corpus, 28 U.S.C. 2254, and a complaint under the Civil Rights Act of 1871, Rev. Stat. 1979, as amended, 42 U.S.C. 1983.  Challenges to the validity of any confinement or to particulars affecting its duration are the province of habeas corpus, Preiser v. Rodriguez, 411 U.S. 475, 500, 93 S.Ct. 1827, 36 L.Ed.2d 439 (1973); requests for relief turning on circumstances of confinement may be presented in a 1983 action.

Muhammad v. Close, 540 U.S.749, 750, 124 S.Ct. 1303, 1304 (2004) (per curiam).

Although petitioner appears to be seeking, at least in part, a remedy available only via a petition for writ of habeas corpus under 28 U.S.C. 2254, that is, restoration of good time credits, as noted, it is unclear precisely what he is challenging.  If he is claiming a condition of his confinement is violating his constitutional rights, he must proceed in an action pursuant to 42 U.S.C. § 1983.

The petition will be dismissed with leave granted to file an amended petition

---

[1] Judicial notice may be taken of court records.  Valerio v. Boise Cascade Corp., 80 F.R.D. 626, 635 n.1 (N.D. Cal. 1978), aff'd, 645 F.2d 699 (9th Cir.), cert. denied, 454 U.S. 1126 (1981).

within thirty days. Petitioner is directed to make use of the habeas application form to be provided with this order and to set forth concisely the judgment, disciplinary action or other decision he is challenging and the relief he is requesting.

Accordingly, IT IS ODERED that:

1. Petitioner's application to proceed in forma pauperis is granted;

2. The petition is dismissed with leave granted to file an amended petition within thirty days of the filed date of this order, using the form provided herewith; failure to file an amended petition will result in a recommendation of dismissal of this action; and

3. The Clerk of the Court is directed to send petitioner the court's form for filing a habeas petition.

DATED: 12/13/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
heck1511.dis