IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALAN HECKER,

    Petitioner,                    No. CIV S-07-1511 FCD GGH P

    vs.

SUE HUBBARD, Warden, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner's original petition was dismissed because it was unclear precisely what petitioner was challenging.  Although his amended petition does not provide a great deal more clarity, it appears that he seeks to challenge what might be characterized as a quasi disciplinary action, resulting in the loss of 35 days of good time credits.  He seeks restoration of his original December 22, 2009, release date by having his good time credits restored.

        While it is not clear that petitioner has set forth a cognizable claim pursuant to 28 U.S.C. 2254, the court sees little point in asking petitioner to amend further.  Instead, respondent will be directed to file a response.

\\\\\

Accordingly, IT IS ORDERED that:

1. Respondent must file a response to petitioner's amended petition, filed on January 3, 2008, within 30 days of the date of this order;

2. If the response is in the form of a motion, petitioner has 30 days following service of the motion to file his opposition or a statement of non-opposition; respondent, thereafter, 15 days to file a reply, if any.

3. If respondent files an answer, petitioner has 30 days thereafter to file a traverse.

4. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: 01/30/08                                  /s/ Gregory G. Hollows
                                                 UNITED STATES MAGISTRATE JUDGE

GGH:009
heck1511.100